IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROSA L. WASHINGTON, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION NO.: |
| v. : | |
| : | 2:12-CV-6778-CDJ |
| CAROLYN W. COLVIN, : | |
| Commissioner of Social Security,[1] : | |
| : | |
| Defendant. : | |

### ORDER

AND NOW, this 19th day of June, 2014, it is hereby **ORDERED** that plaintiff's objections, (Doc. No. 15), are **OVERRULED**. The report and recommendation of the Honorable Thomas J. Reuter, United States Magistrate Judge, (Doc. No. 14), is **ADOPTED IN ITS ENTIRETY**, and plaintiff's request for review is **DENIED**.

BY THE COURT:

/s/ C. Darnell Jones, II

**C. DARNELL JONES, II   J.**

---

[1] On February 14, 2013, Carolyn W. Colvin became the acting commissioner of the Social Security Administration, so she will be substituted for Michael J. Astrue, former Commissioner of the Social Security Administration, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.